# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

April 13, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:    HENRICH, JACQUELINE R.              /Case # 08-10469
       Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $43.93. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s)

Claimant  Citicorp Trust Bank          Amount $      43.93 Claim Register #      7

JOHN H. RING, III
Trustee

JHR/pls
Enc.



FILED
APR 15 2011
BANKRUPTCY COURT
BUFFALO, N.Y.